1

2

3

4

**TROUTMAN SANDERS LLP**
Chad R. Fuller, Bar No. 190830
chad.fuller@troutmansanders.com
11682 El Camino Real, Suite 400
San Diego, CA  92130
Telephone:   858-509-6000
Facsimile:   858-509-6040

5

6

Attorneys for Defendant
*ABC Financial Services, Inc.*

7

8

## UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  NATHANIEL WILSON, | Case No. 3:17-cv-00411- MMA-WVG |
| 12       Plaintiff, | **ANSWER AND AFFIRMATIVE DEFENSES OF ABC FINANCIAL SERVICES, INC.** |
| 13  v. | |
| 14  SIR FITNESS VISTA, LLC doing business as CRUNCH VISTA and | |
| 15  ABC FINANCIAL SERVICES, INC., | |
| 16       Defendants. | |

17

18

19

20

21

 Comes now Separate Defendant, ABC Financial Services, Inc. ("ABC" or "Defendant"), by and through its undersigned counsel, and for its Answer and Affirmative Defenses to Complaint (the "Complaint") filed by Plaintiff, Nathaniel Wilson ("Plaintiff"), states as follows:

22

23

24

25

 1. ABC admits that Plaintiff purports to bring an action against the named Defendants, but denies any wrongdoing or unlawful conduct or that Plaintiff is entitled to any damages or other relief.  The remaining allegations contained in Paragraph 1 are denied.

26

27

 2. ABC is without sufficient information to admit or deny the allegations contained in in Paragraph 2 of the Complaint and, therefore, denies them.

28

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

31434176

CASE NO. 3:17-CV-00411- MMA-WVG
ANSWER & AFFIRMATIVE DEFENSES OF ABC FINANCIAL SERVICES, INC.

3.     The allegations contained in Paragraph 3 of the Complaint are statements of legal conclusions to which no response is required, but, to the extent a response is deemed required, ABC denies such allegations.   To the extent Paragraph 3 contains allegations of fact, ABC is without sufficient information to admit or deny the allegations contained in Paragraph 3 of the Complaint and, therefore, denies them.

4.     ABC denies the allegations contained in Paragraph 4 of the Complaint.

5.     The allegations contained in Paragraph 5 of the Complaint are statements of legal conclusions to which no response is required. To the extent a response is required, ABC admits that Plaintiff purports to invoke the jurisdiction of this Court pursuant to that statutes cited. Except as explicitly admitted, ABC denies the allegations of Paragraph 5 of the Complaint.

6.     ABC admits that Plaintiff purports to bring an action against ABC for alleged violations of the Electronic Funds Transfer Act ("EFTA"), the Consumer Legal Remedies Act ("CLRA"), the Fair Debt Collection Practices Act ("FDCPA"), and the California Fair Debt Collection Practices Act ("Rosenthal Act"), but denies any wrongdoing or unlawful conduct or that Plaintiff is entitled to any damages or other relief.  ABC is without sufficient information to admit or deny the remaining allegations in Paragraph 2 of the Complaint and, therefore, denies all allegations in Paragraph 2 of the Complaint not specifically admitted herein.

7.     The allegations contained in Paragraph 7 of the Complaint are statements of legal conclusions to which no response is required, but, to the extent a response is deemed required, ABC denies such allegations.   To the extent Paragraph 7 contains allegations of fact, ABC admits that it transacts business in California, but denies the remaining allegations of Paragraph 7 of the Complaint.

8.     The allegations contained in Paragraph 8 of the Complaint are statements of legal conclusions to which no response is required, but, to the extent a response is deemed required, ABC denies such allegations.   To the extent

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

31434176                                    - 2 –          CASE NO. 3:17-CV-00411- MMA-WVG
ANSWER & AFFIRMATIVE DEFENSES OF ABC FINANCIAL SERVICES, INC.

Paragraph 8 contains allegations of fact, ABC admits that it transacts business in California, but denies the remaining allegations of Paragraph 8 of the Complaint.

9.     ABC is without sufficient information to admit or deny the allegations contained in in Paragraph 9 of the Complaint and, therefore, denies them.

10.     ABC is without sufficient information to admit or deny the allegations contained in in Paragraph 10 of the Complaint and, therefore, denies them.

11.     ABC is without sufficient information to admit or deny the allegations contained in in Paragraph 11 of the Complaint related to what Plaintiff believes or was informed about, but ABC admits that it is an Arkansas corporation and that it transacts business in that state of California.

12.     The allegations contained in Paragraph 12 of the Complaint are statements of legal conclusions to which no response is required, but, to the extent a response is deemed required, ABC denies such allegations.   To the extent Paragraph 12 contains allegations of fact, ABC is without sufficient information to admit or deny the allegations contained in Paragraph 12 of the Complaint and, therefore, denies them.

13.     The allegations contained in Paragraph 13 of the Complaint are statements of legal conclusions to which no response is required, but, to the extent a response is deemed required, ABC denies such allegations.   To the extent Paragraph 13 contains allegations of fact, ABC denies them

14.     The allegations contained in Paragraph 14 of the Complaint are statements of legal conclusions to which no response is required, but, to the extent a response is deemed required, ABC denies such allegations.   To the extent Paragraph 14 contains allegations of fact, ABC denies them.

15.     The allegations contained in Paragraph 15 of the Complaint are statements of legal conclusions to which no response is required, but, to the extent a response is deemed required, ABC denies such allegations.   To the extent Paragraph 15 contains allegations of fact, ABC denies them.

TROUTMAN SANDERS LLP
11682 El Camino Real
Suite 400
San Diego, CA 92130-2092

31434176                          - 3 —           CASE NO. 3:17-CV-00411- MMA-WVG
ANSWER & AFFIRMATIVE DEFENSES OF ABC FINANCIAL SERVICES, INC.

16.     The allegations contained in Paragraph 16 of the Complaint are statements of legal conclusions to which no response is required, but, to the extent a response is deemed required, ABC denies such allegations.   To the extent Paragraph 16 contains allegations of fact, ABC is without sufficient information to admit or deny the allegations contained in Paragraph 16 of the Complaint and, therefore, denies them.

17.     The allegations contained in Paragraph 17 of the Complaint are statements of legal conclusions to which no response is required, but, to the extent a response is deemed required, ABC denies such allegations.   To the extent Paragraph 17 contains allegations of fact, denies them.

18.     The allegations contained in Paragraph 18 of the Complaint are statements of legal conclusions to which no response is required, but, to the extent a response is deemed required, ABC denies such allegations.   To the extent Paragraph 18 contains allegations of fact, ABC denies them.

19.     ABC is without sufficient information to admit or deny the allegations contained in in Paragraph 19 of the Complaint and, therefore, denies them.

20.     ABC is without sufficient information to admit or deny the allegations contained in in Paragraph 20 of the Complaint and, therefore, denies them.

21.     ABC is without sufficient information to admit or deny the allegations contained in in Paragraph 21 of the Complaint and, therefore, denies them.

22.     ABC is without sufficient information to admit or deny the allegations contained in in Paragraph 22 of the Complaint and, therefore, denies them.

23.     ABC is without sufficient information to admit or deny the allegations contained in in Paragraph 23 of the Complaint and, therefore, denies them.

24.     ABC is without sufficient information to admit or deny the allegations contained in in Paragraph 24 of the Complaint and, therefore, denies them.

25.     ABC is without sufficient information to admit or deny the allegations contained in in Paragraph 25 of the Complaint and, therefore, denies them.

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

31434176        - 4 –        CASE NO. 3:17-CV-00411- MMA-WVG
ANSWER & AFFIRMATIVE DEFENSES OF ABC FINANCIAL SERVICES, INC.

26.     The allegations contained in Paragraph 26 of the Complaint are statements of legal conclusions to which no response is required, but, to the extent a response is deemed required, ABC denies such allegations.   To the extent Paragraph 26 contains allegations of fact, ABC is without sufficient information to admit or deny the allegations contained in Paragraph 26 of the Complaint and, therefore, denies them.

27.     ABC admits that Plaintiff purports to attach his Membership Agreement as Exhibit A, but ABC states that the Membership Agreement speaks for itself and otherwise denies the allegations contained in Paragraph 27 of the Complaint.

28.     ABC is without sufficient information to admit or deny the allegations contained in Paragraph 28 of the Complaint and, therefore, denies them.

29.     ABC is without sufficient information to admit or deny the allegations contained in Paragraph 29 of the Complaint and, therefore, denies them.

30.     ABC admits that the membership agreement contains an authorization, but is without sufficient information to admit or deny the allegations contained in Paragraph 30 of the Complaint and, therefore, denies them.

31.     ABC states that the Membership Agreement speaks for itself and otherwise denies the allegations contained in Paragraph 31.

32.     ABC is without sufficient information to admit or deny the allegations contained in Paragraph 32 of the Complaint and, therefore, denies them.

33.     The allegations contained in Paragraph 33 of the Complaint are statements of legal conclusions to which no response is required, but, to the extent a response is deemed required, ABC denies such allegations. To the extent Paragraph 33 contains allegations of fact, ABC denies them.

34.     The allegations contained in Paragraph 34 of the Complaint are statements of legal conclusions to which no response is required, but, to the extent a response is deemed required, ABC denies such allegations. To the extent Paragraph

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

31434176                                     - 5 —                    CASE NO. 3:17-CV-00411- MMA-WVG
ANSWER & AFFIRMATIVE DEFENSES OF ABC FINANCIAL SERVICES, INC.

1   34 contains allegations of fact, ABC denies them.

2        35.    The allegations contained in Paragraph 35 of the Complaint are

3   statements of legal conclusions to which no response is required, but, to the extent a

4   response is deemed required, ABC denies such allegations. To the extent Paragraph

5   35 contains allegations of fact, ABC denies them.

6        36.    ABC is without sufficient information to admit or deny the allegations

7   contained in Paragraph 36 of the Complaint and, therefore, denies them.

8        37.    ABC is without sufficient information to admit or deny the allegations

9   contained in Paragraph 37 of the Complaint and, therefore, denies them.

10       38.    The allegations contained in Paragraph 38 of the Complaint are

11  statements of legal conclusions to which no response is required, but, to the extent a

12  response is deemed required, ABC denies such allegations. To the extent Paragraph

13  38 contains allegations of fact, ABC is without sufficient information to admit or

14  deny the allegations contained in Paragraph 38 of the Complaint and, therefore,

15  denies them.

16       39.    ABC is without sufficient information to admit or deny the allegations

17  contained in Paragraph 39 of the Complaint and, therefore, denies them.

18       40.    ABC states that the Membership Agreement speaks for itself and

19  otherwise denies any allegations contained in Paragraph 40.

20       41.    The allegations contained in Paragraph 41 of the Complaint are

21  statements of legal conclusions to which no response is required, but, to the extent a

22  response is deemed required, ABC denies such allegations. To the extent Paragraph

23  41 contains allegations of fact, ABC denies them.

24       42.    The allegations contained in Paragraph 42 of the Complaint are

25  statements of legal conclusions to which no response is required, but, to the extent a

26  response is deemed required, ABC denies such allegations. To the extent Paragraph

27  42 contains allegations of fact, ABC is without sufficient information to admit or

28  deny the allegations contained in Paragraph 42 of the Complaint and, therefore,

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

31434176                    - 6 –          CASE NO. 3:17-CV-00411- MMA-WVG
ANSWER & AFFIRMATIVE DEFENSES OF ABC FINANCIAL SERVICES, INC.

denies them.

43.   ABC states that the Membership Agreement speaks for itself and otherwise denies any allegations contained in Paragraph 43.

44.   The allegations contained in Paragraph 44 of the Complaint are statements of legal conclusions to which no response is required, but, to the extent a response is deemed required, ABC denies such allegations. To the extent Paragraph 44 contains allegations of fact, ABC denies them.

45.   The allegations contained in Paragraph 45 of the Complaint are statements of legal conclusions to which no response is required, but, to the extent a response is deemed required, ABC denies such allegations. To the extent Paragraph 45 contains allegations of fact, ABC is without sufficient information to admit or deny the allegations contained in Paragraph 46 of the Complaint and, therefore, denies them.

46.   The allegations contained in Paragraph 46 of the Complaint are statements of legal conclusions to which no response is required, but, to the extent a response is deemed required, ABC denies such allegations. To the extent Paragraph 46 contains allegations of fact, ABC is without sufficient information to admit or deny the allegations contained in Paragraph 46 of the Complaint and, therefore, denies them.

47.   ABC denies the allegations contained in Paragraph 47 of the Complaint.

48.   ABC states that the Membership Agreement speaks for itself and otherwise denies any characterizations or allegations contained in Paragraph 48 of the Complaint.

49.   ABC denies the allegations contained in Paragraph 49 of the Complaint.

50.   The allegations contained in Paragraph 50 of the Complaint are statements of legal conclusions to which no response is required, but, to the extent a

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

31434176                                  - 7 -                    CASE NO. 3:17-CV-00411- MMA-WVG
ANSWER & AFFIRMATIVE DEFENSES OF ABC FINANCIAL SERVICES, INC.

response is deemed required, ABC denies such allegations. To the extent Paragraph 50 contains allegations of fact, ABC is without sufficient information to admit or deny the allegations contained in Paragraph 50 of the Complaint and, therefore, denies them.

51.     The allegations contained in Paragraph 51 of the Complaint are statements of legal conclusions to which no response is required, but, to the extent a response is deemed required, ABC denies such allegations. To the extent Paragraph 51 contains allegations of fact, ABC denies them.

52.     The allegations contained in Paragraph 52 of the Complaint are statements of legal conclusions to which no response is required, but, to the extent a response is deemed required, ABC denies such allegations. To the extent Paragraph 52 contains allegations of fact, ABC is without sufficient information to admit or deny the allegations contained in Paragraph 52 of the Complaint and, therefore, denies them.

53.     ABC states that the Membership Agreement speaks for itself and otherwise denies any characterizations or allegations contained in Paragraph 53 of the Complaint.

54.     ABC is without sufficient information to admit or deny the allegations contained in Paragraph 54 of the Complaint and, therefore, denies them.

55.     ABC is without sufficient information to admit or deny the allegations contained in Paragraph 55 of the Complaint and, therefore, denies them.

56.     ABC is without sufficient information to admit or deny the allegations contained in Paragraph 56 of the Complaint and, therefore, denies them.

57.     ABC states that the Membership Agreement speaks for itself and otherwise denies any characterizations or allegations contained in Paragraph 57 of the Complaint.

58.     The allegations contained in Paragraph 58 of the Complaint are statements of legal conclusions to which no response is required, but, to the extent a

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

31434176                                  - 8 –                    CASE NO. 3:17-CV-00411- MMA-WVG
ANSWER & AFFIRMATIVE DEFENSES OF ABC FINANCIAL SERVICES, INC.

1   response is deemed required, ABC denies such allegations. To the extent Paragraph
2   58 contains allegations of fact, ABC is without sufficient information to admit or
3   deny the allegations contained in Paragraph 58 of the Complaint and, therefore,
4   denies them.

5   59.   The allegations contained in Paragraph 59 of the Complaint are
6   statements of legal conclusions to which no response is required, but, to the extent a
7   response is deemed required, ABC denies such allegations. To the extent Paragraph
8   59 contains allegations of fact, ABC is without sufficient information to admit or
9   deny the allegations contained in Paragraph 59 of the Complaint and, therefore,
10  denies them.

11  60.   ABC states that the Membership Agreement speaks for itself and
12  otherwise denies any characterizations or allegations contained in Paragraph 60 of
13  the Complaint.

14  61.   ABC is without sufficient information to admit or deny the allegations
15  contained in Paragraph 61 of the Complaint and, therefore, denies them.

16  62.    ABC admits that the Plaintiff agreed to pay $9.95 per month, but
17  otherwise states that the Membership Agreement speaks for itself and denies any
18  remaining characterizations or allegations contained in Paragraph 62 of the
19  Complaint.

20  63.   ABC states that the Membership Agreement speaks for itself and
21  otherwise denies any characterizations or allegations contained in Paragraph 63 of
22  the Complaint.

23  64.   ABC states that the Membership Agreement speaks for itself and
24  otherwise denies any characterizations or allegations contained in Paragraph 64 of
25  the Complaint.

26  65.   The allegations contained in Paragraph 65 of the Complaint are
27  statements of legal conclusions to which no response is required, but, to the extent a
28  response is deemed required, ABC denies such allegations. To the extent Paragraph

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

31434176                          - 9 –                    CASE NO. 3:17-CV-00411- MMA-WVG
ANSWER & AFFIRMATIVE DEFENSES OF ABC FINANCIAL SERVICES, INC.

65 contains allegations of fact, ABC is without sufficient information to admit or deny the allegations contained in Paragraph 65 of the Complaint and, therefore, denies them.

66.    ABC is without sufficient information to admit or deny the allegations contained in Paragraph 66 of the Complaint and, therefore, denies them.

67.    ABC is without sufficient information to admit or deny the allegations contained in Paragraph 67 of the Complaint and, therefore, denies them.

68.    ABC is without sufficient information to admit or deny the allegations contained in Paragraph 68 of the Complaint and, therefore, denies them.

69.    ABC is without sufficient information to admit or deny the allegations contained in Paragraph 69 of the Complaint and, therefore, denies them.

70.    ABC is without sufficient information to admit or deny the allegations contained in Paragraph 70 of the Complaint and, therefore, denies them.

71.    ABC is without sufficient information to admit or deny the allegations contained in Paragraph 71 of the Complaint and, therefore, denies them.

72.    ABC is without sufficient information to admit or deny the allegations contained in Paragraph 72 of the Complaint and, therefore, denies them.

73.    ABC is without sufficient information to admit or deny the allegations contained in Paragraph 73 of the Complaint and, therefore, denies them.

74.    ABC is without sufficient information to admit or deny the allegations contained in Paragraph 74 of the Complaint and, therefore, denies them.

75.    ABC denies the allegations contained in Paragraph 75 of the Complaint.

76.    The allegations contained in Paragraph 76 of the Complaint are statements of legal conclusions to which no response is required, but, to the extent a response is deemed required, ABC denies such allegations. To the extent Paragraph 76 contains allegations of fact, ABC admits that it sent Plaintiff a letter dated August 21, 2016 listing the amounts alleged, but denies the remaining allegations

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

31434176                          - 10 –          CASE NO. 3:17-CV-00411- MMA-WVG
ANSWER & AFFIRMATIVE DEFENSES OF ABC FINANCIAL SERVICES, INC.

1   contained in Paragraph 76 of the Complaint.

2      77.   ABC states that the Membership Agreement speaks for itself and

3   admits that the Membership Agreement contains a $39.00 annual fee, but otherwise

4   denies the characterizations or allegations contained in Paragraph 77 of the

5   Complaint.

6      78.   The allegations contained in Paragraph 78 of the Complaint are

7   statements of legal conclusions to which no response is required, but, to the extent a

8   response is deemed required, ABC denies such allegations. To the extent Paragraph

9   78 contains allegations of fact, ABC denies them.

10      79.   ABC denies the allegations contained in Paragraph 79 of the

11   Complaint.

12      80.   ABC is without sufficient information to admit or deny the allegations

13   contained in Paragraph 80 of the Complaint and, therefore, denies them.

14      81.   ABC is without sufficient information to admit or deny the allegations

15   contained in Paragraph 81 of the Complaint and, therefore, denies them.

16      82.   ABC is without sufficient information to admit or deny the allegations

17   contained in Paragraph 82 of the Complaint and, therefore, denies them.

18      83.   ABC admits that it sent Plaintiff a letter dated September 15, 2016,

19   but denies the remaining allegations contained in Paragraph 83 of the Complaint.

20      84.   ABC denies the allegations contained in Paragraph 84 of the

21   Complaint.

22      85.   ABC admits that it sent Plaintiff a letter dated September 22, 2016,

23   but denies the remaining allegations contained in Paragraph 85 of the Complaint.

24      86.   ABC is without sufficient information to admit or deny the allegations

25   contained in Paragraph 86 of the Complaint and, therefore, denies them.

26      87.   ABC is without sufficient information to admit or deny the allegations

27   contained in Paragraph 87 of the Complaint and, therefore, denies them.

28

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

31434176      - 11 –      CASE NO. 3:17-CV-00411- MMA-WVG
ANSWER & AFFIRMATIVE DEFENSES OF ABC FINANCIAL SERVICES, INC.

88.    ABC denies the allegations contained in Paragraph 88 of the Complaint.

89.    Paragraph 89 of the Complaint does not require a response.  To the extent a response is required, ABC restates and incorporates by reference its responses in Paragraph 1-88 herein.

90.    The allegations contained in Paragraph 90 of the Complaint are statements of legal conclusions to which no response is required, but, to the extent a response is deemed required, ABC denies such allegations. To the extent Paragraph 90 contains allegations of fact, ABC is without sufficient information to admit or deny the allegations contained in Paragraph 90 of the Complaint and, therefore, denies them.

91.    The allegations contained in Paragraph 91 of the Complaint are statements of legal conclusions to which no response is required, but, to the extent a response is deemed required, ABC denies such allegations. To the extent Paragraph 91 contains allegations of fact, ABC is without sufficient information to admit or deny the allegations contained in Paragraph 91 of the Complaint and, therefore, denies them.

92.    The allegations contained in Paragraph 92 of the Complaint are statements of legal conclusions to which no response is required, but, to the extent a response is deemed required, ABC denies such allegations. To the extent Paragraph 92 contains allegations of fact, ABC is without sufficient information to admit or deny the allegations contained in Paragraph 92 of the Complaint and, therefore, denies them.

93.    ABC denies the allegations contained in Paragraph 93 of the Complaint.

94.    ABC denies the allegations contained in Paragraph 94 of the Complaint.

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

31434176                          - 12 –           CASE NO. 3:17-CV-00411- MMA-WVG
ANSWER & AFFIRMATIVE DEFENSES OF ABC FINANCIAL SERVICES, INC.

95.   ABC denies the allegations contained in Paragraph 95 of the Complaint.

96.   Paragraph 96 of the Complaint does not require a response.  To the extent a response is required, ABC restates and incorporates by reference its responses in Paragraph 1-95 herein.

97.   ABC denies the allegations contained in Paragraph 97 of the Complaint and all of its subparts.

98.   ABC denies the allegations contained in Paragraph 98 of the Complaint.

99.   Paragraph 96 of the Complaint does not require a response.  To the extent a response is required, ABC restates and incorporates by reference its responses in Paragraph 1-98 herein.

100.  ABC denies the allegations contained in Paragraph 100 of the Complaint and all of its subparts.

101.  ABC denies the allegations contained in Paragraph101 of the Complaint.

102.  ABC denies the allegations contained in Paragraph 102 of the Complaint.

103.  Paragraph 103 of the Complaint does not require a response.  To the extent a response is required, ABC restates and incorporates by reference its responses in Paragraph 1-102 herein.

104.  The allegations contained in Paragraph 104 of the Complaint are statements of legal conclusions to which no response is required, but, to the extent a response is deemed required, ABC denies such allegations. To the extent Paragraph 104 contains allegations of fact, ABC is without sufficient information to admit or deny the allegations contained in Paragraph 104 of the Complaint and, therefore, denies them.

TROUTMAN SANDERS LLP
11682 El Camino Real
Suite 400
San Diego, CA 92130-2092

31434176                              - 13 –              CASE NO. 3:17-CV-00411- MMA-WVG
ANSWER & AFFIRMATIVE DEFENSES OF ABC FINANCIAL SERVICES, INC.

105.   The allegations contained in Paragraph 105 of the Complaint are statements of legal conclusions to which no response is required, but, to the extent a response is deemed required, ABC denies such allegations. To the extent Paragraph 105 contains allegations of fact, ABC is without sufficient information to admit or deny the allegations contained in Paragraph 105 of the Complaint and, therefore, denies them.

106.   ABC denies the allegations contained in Paragraph 106 of the Complaint and all of its subparts.

107.   ABC is without sufficient information to admit or deny the allegations contained in Paragraph 107 of the Complaint and, therefore, denies them.

108.   ABC denies the allegations contained in Paragraph 108 of the Complaint and all of its subparts.

109.   ABC states that Exhibit B to the Complaint speaks for itself and otherwise denies any allegations contained in Paragraph 109 of the Complaint.

110.   ABC denies that Plaintiff is entitled to the relief requested in the "wherefore" clause in the Complaint, including all subparts thereof.

111.   ABC admits that Plaintiff demands trial by jury. Except as explicitly admitted, ABC denies the allegations contained in Paragraph 1 of the "Jury Demand" at the end of the Complaint.

112.   ABC denies all allegations contained in the Complaint not specifically admitted herein.

### AFFIRMATIVE AND OTHER DEFENSES

113.   Pleading affirmatively, ABC asserts that it is not a "debt collector" as defined by either the FDCPA or the Rosenthal Act and therefore is not subject to those Acts related to Plaintiff's Crunch Vista membership.

114.   Pleading affirmatively, ABC asserts that, at all relevant times, it acted in good faith and any violations of the FDCPA, Rosenthal Act, CLRA, or EFTA

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

31434176                          - 14 –                    CASE NO. 3:17-CV-00411- MMA-WVG
ANSWER & AFFIRMATIVE DEFENSES OF ABC FINANCIAL SERVICES, INC.

1   were unintentional and the result of a bona fide error notwithstanding the

2   maintenance of procedures reasonably adapted to avoid any such error.

3      115.   Pleading affirmatively, ABC asserts that, at all relevant times, it acted

4   in good faith and in substantial compliance with the FDCPA, Rosenthal Act,

5   CLRA, and EFTA and applicable Federal Trade Commission and Consumer

6   Finance Protection Bureau rules, regulations, orders, and decisions.

7      116.   Pleading affirmatively, ABC asserts that it did not act willfully or

8   knowingly with respect to any alleged violations.

9      117.   Pleading affirmatively, ABC asserts that Plaintiff's claims barred to

10  extent they seek to impose liability on ABC for acts or omissions of third parties.

11     118.   Pleading affirmatively, Defendant asserts that Plaintiff waived any

12  rights he may have had pursuant to 15 U.S. C. § 1692c(c).

13     119.   Pleading affirmatively, ABC asserts that any violation of the FDCPA,

14  Rosenthal Act, or EFTA occurred as the result of a mistake of fact.

15     120.   Pleading affirmatively, ABC asserts that Plaintiff's claims are barred

16  to the extent Plaintiff furnished Defendants with his card, access to his account, and

17  authorized any alleged electronic funds transfers.

18     121.   Pleading affirmatively, ABC asserts that Plaintiff's claims are barred

19  because, among other things, the damages sought are unrelated to any actual or

20  measurable harm.

21     122.   Pleading affirmatively, ABC asserts that the FDCPA, Rosenthal Act,

22  CLRA, nor EFTA support an award of the damages sought in the Complaint.

23     123.   Pleading affirmatively, ABC asserts that Plaintiff's claims are barred,

24  in whole or in part, by the doctrine of unclean hands.

25     124.   Pleading affirmatively, ABC asserts that Plaintiff failed to complete

26  the prerequisites to commencement of an action under the CLRA and is therefore

27  barred from bringing such action.

28

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

31434176                          - 15 –          CASE NO. 3:17-CV-00411- MMA-WVG
ANSWER & AFFIRMATIVE DEFENSES OF ABC FINANCIAL SERVICES, INC.

125.   Plaintiff brought this action in bad faith and for the purpose of harassment, and, therefore, ABC should be awarded reasonable attorneys' fees and costs pursuant to 15 U.S.C. § 1692k and 15 U.S.C. § 1693m.

126.   Pleading affirmatively, ABC asserts that all or part of Plaintiff's claims are barred by the applicable statute of limitations.

127.   Pleading affirmatively, ABC asserts all defenses contemplated under Rule 12(b) of the Federal Rules of Civil Procedure including, but not limited to, lack of subject-matter jurisdiction, lack of personal jurisdiction, improper venue, insufficient process, insufficient service of process and failure to join a party under Rule 19.

128.   As a separate alternative affirmative defense to the Complaint, ABC alleges that Plaintiff's claims may be barred by any or all of the affirmative defenses contemplated by Rule 8(c) of the Federal Rules of Civil Procedure including, but not limited to, accord and satisfaction, arbitration and award, assumption of the risk, contributory negligence, duress, estoppel, failure of consideration, fraud, illegality, injury by fellow servant, laches, license, payment, release, res judicata, statute of frauds, and waiver.  The extent to which Plaintiff's claims may be barred by one or more of said affirmative defenses, not specifically set out herein, cannot be determined until ABC has had an opportunity to complete discovery. Therefore, ABC incorporates all said affirmative defenses as if fully set forth herein.

129.   Pleading affirmatively, ABC reserves any and all defenses available under the FDCPA, EFTA, Rosenthal Act, CLRA and applicable FTC and Consumer Finance Protection Bureau rules, regulations, orders, and decisions.

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

31434176                                    - 16 –                CASE NO. 3:17-CV-00411- MMA-WVG
ANSWER & AFFIRMATIVE DEFENSES OF ABC FINANCIAL SERVICES, INC.

1    130.   ABC reserves the right to amend or supplement its affirmative
2    defenses to include any defenses of which it is not presently aware.

3

4    Dated: May 22, 2017                    **TROUTMAN SANDERS LLP**
5

6

7                                           By: */s/ Chad R. Fuller*
                                                Chad R. Fuller
8                                               *Attorneys for Defendant*
                                                ABC FINANCIAL SERVICES, INC.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

31434176                                        CASE NO. 3:17-CV-00411- MMA-WVG
ANSWER & AFFIRMATIVE DEFENSES OF ABC FINANCIAL SERVICES, INC.

1

## **CERTIFICATE OF SERVICE**

2

The undersigned hereby certified that a true and correct copy of the above

3 and foregoing document has been served on May 22, 2017, to all counsel of record

4 who are deemed to have consented to electronic service via the Court's CM/ECF

5 system per Local Civil Rule 5.4. Any counsel of record who have not consented to

6 electronic service through the Court's CM/ECF system will be served by electronic

7 mail, first class mail, facsimile, and/or overnight delivery.

8

9
*/s/ Chad R. Fuller*
Chad R. Fuller

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Troutman Sanders LLP
11682 El Camino Real
Suite 400
San Diego, CA 92130-2092

31434176                                    -18-          CASE NO. 3:17-CV-00411- MMA-WVG
ANSWER & AFFIRMATIVE DEFENSES OF ABC FINANCIAL SERVICES, INC.