1  Stephen G. Recordon (SBN 91401)
2  **Recordon & Recordon**
   225 Broadway, Suite 1900
3  San Diego, CA  92101
4  Telephone: (619) 232-1717
   Facsimile: (619) 232-5325
5  Email: 1sgrecordon@gmail.com

6

7  Attorneys for Plaintiff Nathaniel Wilson

8  [Additional Attorneys on Last Page]

9
                     UNITED STATES DISTRICT COURT
10
11                 SOUTHERN DISTRICT OF CALIFORNIA

12  NATHANIEL WILSON,                        Case No.  17-cv-00411-MMA (WVG)
13
14                          Plaintiffs,      JOINT MOTION TO DISMISS
                                             ACTION
15  vs.

16
17  SIR FITNESS VISTA, LLC DOING
    BUSINESS AS CRUNCH VISTA
18  AND ABC FINANCIAL SERVICES,
    INC,
19
20                          Defendants.

21

22  IT BEING HEREBY STIPULATED by and between the parties to this action

23  through their counsel of record that the above-captioned action be dismissed with

24  prejudice pursuant to FRCP41(a)(1) as a result of the settlement of this case, the

25  parties jointly move this court to dismiss this action and all claims asserted therein

26  with prejudice. Each party to bear their own attorney's fees and costs.

27  / / /

28  / / /

Joint Motion to Dismiss Action                           17-cv-00411-MMA-WVG

Signatures

Dated: December 27, 2017                   /s/ Stephen G. Recordon
                                           Stephen G. Recordon
                                           Attorney for Plaintiff
                                           Nathaniel Wilson


Dated: December 27, 2017                   /s/ Clinton Rooney
                                           Clinton Rooney
                                           Attorney for Plaintiff
                                           Nathaniel Wilson


Dated: December 27, 2017                   /s/ Chad R. Fuller
                                           Chad R. Fuller
                                           Attorney for Defendant
                                           ABC Financial Services, Inc.


Dated: December 27, 2017                   /s/ Zagros S. Bassirian
                                           Zagros S. Bassirian
                                           Attorney for Defendant
                                           SIR Fitness Vista, LLC

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Chad R. Fuller and Zagros S. Bassirian, counsel for Defendants, ABC Financial Services, Inc., and SIR Fitness Vista, LLC, respectively, and Clinton Rooney, counsel for Plaintiff, Nathaniel Wilson, and that I have obtained Messrs. Fuller's Bassirian's and Wilson's authorization to affix their electronic signature to this document.

Dated:  December 27, 2017                   /s/ Stephen G. Recordon
                                            Stephen G. Recordon
                                            Attorney for Plaintiff

ADDITIONAL ATTORNEYS:

Clinton Rooney (SBN 221628)
225 Broadway, Suite 1900
San Diego, CA  92101
Phone: (619) 234-0212
Facsimile:  (619) 232-1382
rooneycdi@gmail.com

Attorneys for the Plaintiff, Nathaniel Wilson

Chad R. Fuller (SBN 190830)
**Troutman Sanders LLP**
11682 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 509-6000
Fax: (858) 509-6040
chad.fuller@troutman.com
justin.brandt@troutman.com

Attorneys for ABC Financial Services, Inc.

Edward C. Walton (SBN 78490)
Zagros S. Bassirian (SBN 299581)
**Procopio, Cory, Hargreaves & Savitch, LLP**
525 B Street, Suite 2200
San Diego, CA 92101
Tel: (619) 238-1900
Fax: (619) 235-0398
zag.bassirian@procopio.com
ed.walton@procopio.com

Attorneys for SIR Fitness Vista, LLC